JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA S. VALENCIA, | Case No. 2:22-cv-06642-FLA (PDx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | **[DKT. 36]** |
| HUNT AND HENRIQUES, INC., *et al.*, | |
| Defendants. | |

1

1   On September 19, 2024, the parties filed a stipulation to dismiss the action with
2 prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Dkt. 36.  Having considered the
3 stipulation and finding good cause therefor, the court hereby ORDERS:
4      1.  All dates and deadlines governing this action are VACATED.
5      2.  The court DISMISSES the action with prejudice.

7   IT IS SO ORDERED.

9 Dated: September 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2